ETHEL DELLITT SMITH, Appellee, *vs.* MYRTLE DELLITT *et al.*—(ALTA DELLITT, Appellant.)

*Opinion filed February 16, 1910.*

1. APPEALS AND ERRORS—*no appeal lies from an interlocutory order.* An order overruling a demurrer to a bill is merely interlocutory and no appeal lies therefrom, as to justify an appeal there must be a final order or decree in a chancery suit or a final judgment in a suit at law.

2. SAME—*errors must be assigned upon the record.* An appeal cannot be entertained where there is no assignment of errors upon the record.

APPEAL from the Circuit Court of Mercer county; the Hon. FRANK D. RAMSAY, Judge, presiding.

This was a bill in chancery filed in the circuit court of Mercer county by the appellee, against the appellant, for the partition of certain real estate which belonged to Anna Dellitt at the time of her death, and for a construction of the will of said Anna Dellitt. The appellant, Alta Dellitt, a minor defendant, by her guardian and by her guardian *ad litem,* filed a demurrer to the bill, and the demurrer having been overruled, said Alta Dellitt, by her guardian and guardian *ad litem,* elected to stand by her demurrer, and thereupon prosecuted an appeal to this court from the order overruling said demurrer.

D. A. HEBEL, for appellant.

SEARLE & MARSHALL, for appellee.

CHURCH & CHURCH, for guardian *ad litem,* R. P. Wait.

Per CURIAM: It is well settled in this State that no appeal lies from an interlocutory order,—and an order overruling a demurrer to a bill is an interlocutory order. There must be a final order or decree in a chancery suit, or a final judgment in an action at law, to justify an appeal. (*Hayes* v. *Caldwell,* 5 Gilm. 33; *Knapp* v. *Marshall,* 26 Ill. 63; *Gage* v. *Rohrbach,* 56 id. 262; *Gage* v. *Eich,* id. 297; *Hunter* v. *Hunter,* 100 id. 519; *People* v. *Board of Education,* 236 id. 154.) The appeal was therefore premature.

An examination of the record fails to show any assignment of error thereon. *Village of East Peoria* v. *Lake Erie and Western Railroad Co.* 237 Ill. 93.

The order appealed from being interlocutory and no errors having been assigned upon the record, the appeal will have to be dismissed.                    *Appeal dismissed.*